UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INVESTMENT TECHNOLOGY GROUP, INC., et al.,

                      Plaintiffs,

     -v-

LIQUIDNET HOLDINGS, INC.,

                      Defendant.

------------------------------------------------------------x
------------------------------------------------------------x

LIQUIDNET HOLDINGS, INC.,

                      Plaintiff,

     -v-

PULSE TRADING, INC.,

                      Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/09

07 Civ. 510 (GEL)

**ORDER**

07 Civ. 6886 (GEL)

GERARD E. LYNCH, District Judge:

      The Court having identified a scheduling conflict in its calendar, it is hereby ORDERED that the *Markman* hearing scheduled for June 29, 2009, at 9:30 a.m., is postponed until further order of the Court.

SO ORDERED.

Dated: New York, New York
       June 25, 2009

                                              GERARD E. LYNCH
                                       United States District Judge